UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                No. 2:09-CR-96

ROBERT RAY SAYNE,
        Defendant.

## MOTION FOR RETURN OF PERSONAL PROPERTY

Robert Ray Sayne, pro se, moves this Court for an Order, directing the Government to release any and all personal property held by the United States Marshal Service and/or the Federal Bureau of Investigation which was taken on or about January 20, 2009 in connection with his arrest and subsequent investigation of the instant case. Defendant has requested attorney Guy W. Blackwell on numerous occasions to request the return of said property since the conclusion of the criminal case; however, Mr. Blackwell has not done so, nor has provided an explanation as to why the property cannot be released. If any of the personal property cannot be released, Defendant requests that the property which is eligible for release, be returned to Carolyn L. Heatley of 244 Willow Run Clinton, Tennessee 37716.

Respectfully submitted this the 15th day of October, 2010.

Robert Ray Sayne
P.O. Box 1500
Butner, NC 27509

(1)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion For Return Of Property has been served upon AUSA Helen C.T. Smith at the U.S. Attorney's Office, 220 West Depot Street, Suite 423 Greeneville, Tennessee 37743 by depositing the same in the United States Postal Service Mail, postage pre-paid, via first class mail, on this the 18th day of October, 2010. Defendant is a non-participating party to the Court's electronic filing system.

_____
Robert Ray Sayne

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 01/20/2009

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ROBERT RAY SAYNE — 2003 FORD EXPIDITION
(Street Address) DEPOT STREET PARKINGLOT    TN LP 285-TFH
(City) GREENEVILLE, TN

Description of Item(s):

1 laptop bag containing Acer laptop model aspire 5315 And Assorted documents
Bank of America checkbook - Account to name of Robert R. Sayne
License plate (TN) 3296-DA
Bank of America checkbook - Account to name of Robert R. Sayne
BB&T checkbook - Account to name Kelsey N Foster
1 sprint blackberry cellular phone
1 Kodak camera model V1023
check pay to Burnett Ellis $58.15
Vehicle invoice for Expedition
Vehicle title for Expedition
Assorted ATM receipts
1 GARMIN nuvi
Wallet with assorted receipts, Walmart gift cards, credit cards

Received By: SA BRIAN O'HARE    Received From: _____
(Signature)                                        (Signature)

Case 2:09-cr-00096 Document 14-1 Filed 10/26/09 Page 14 of 15

Case 2:11-cv-00063-JRG-DHI Document 1 Filed 03/01/11 Page 3 of 5 PageID #: 3
Case 2:09-cr-00096 Document 4 Filed 10/26/09 Page 3 of 59 PageID #: 183

July 24, 2010

To Whom It May Concern:

I hereby authorize my Power of Attorney, Carol Heatley of 244 Willow Run Clinton, Tennessee to receive the following items, which were seized from me by FBI Agent Brian O'Hare on January 20, 2009 and agree to release any agents and/or agencies from liability which may result from release to Ms. Heatley:

- (1) laptop bag containing Acer laptop model Aspire 5315 and assorted documents

- Bank of America checkbook -account to name of Robert R. Sayne

- License plate - (TN) 3296-DA

- Bank of America checkbook -account to name of Robert R. Sayne

- BB.T checkbook -account to name Kelsey N. Foster

- (1) Sprint Blackberry cellular phone

- (1) Kodak camera model V1073

- check pay to Burnett Ellis $58.15

- vehicle invoice for Expedition

- vehicle title for Expedition

- assorted ATM receipts

- (1) Garmin Nuvi

- wallet with assorted receipts, Wal-Mart gift cards, credit cards

- any other property which the FBI may have in its possession which is the personal property of Robert R. Sayne and is available to be released.

If any of the above items are not available to be released, I ask that the remaining items which are be released at once to Ms. Heatley.

My commission expires: 10/27, 2014.

_Rosiland M. Maybank_, Notary.

[Notary seal: ROSILAND M MAYBANK, NOTARY PUBLIC, PERSON COUNTY NC]

Robert Sayne
SS# 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
Reg. 20267-074
DOB 01/14/1977

6/08

**ACKNOWLEDGMENT G.S. 10B-41**

<u>Granville</u> County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document: <u>Sayne, Robert R.</u>
(name of principal)

Date: <u>8/11/2010</u>    <u>Rosiland M. Maybank</u>
(Official Signature of Notary)

<u>Rosiland M. Maybank</u>
(Notary's printed or typed name, Notary Public)

(Official Seal)

My commission expires: <u>10/27/2014</u>

