Robert R. Sayne
Reg.# 20267-074
FCI Butner II
P.O. Box 1500
Butner, NC 27509

October
~~August~~ 18, 2010

Clerk of Court
US District Court
220 West Depot Street
Suite 200
Greeneville, TN 37743

        **Re: Case No. 2:09-CR-96**

Dear Clerk:

Please find enclosed the original and one copy of the Motion I wish
filed. I ask that you please file the original and return the copy
to me with your date stamp for my records.

Thank you in advance for your time and attention to this matter.
With kindest regards,

I remain,

Sincerely,

Robert R. Sayne

enclosures

RECEIVED

OCT     2010

Clerk, U.S. District Court
Eastern District of Tennessee