Name: *Robert Sayne* (signature)

Federal Correctional Institution 2

P.O. Box 1500

Butner, NC 27509

Number:

⇧ 20267-074 ⇧

Court Clerk
US District Court
220 W Depot ST
Suite 200
Greeneville, TN - 37743
United States

37743+1100

USA FIRST-CLASS FOREVER