| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO. 2:09-CR-96 |
| ) | |
| ROBERT RAY SAYNE ) | |

**O R D E R**

The Clerk is **DIRECTED** to file the defendant's Motion for Return of Personal Property as a civil case in the normal rotation for civil cases. [Doc. 41]. After the conclusion of criminal proceedings, it is well-settled that a Fed. R. Crim. P. 41(g) motion should be treated as initiating a civil action in equity. See *United States v. Simpson*, No. 08-5375 (6th Cir. 2008). [Doc. 331]. The government shall respond to this civil action within twenty (20) days.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE